UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-po-0100-KJN (Violation 6282093) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHARLES F. QUEST | |
| Defendant. | |

On March 27, 2017, the court ordered an Abstract issued due to defendant's non-appearance at the 3/14/2017 petty offense calendar with a collateral amount of $130. On November 15, 2017 the defendant made a payment of $230.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $100 due to overpayment and the Abstract is recalled.

IT IS SO ORDERED.

Dated: November 22, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1